UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE LEVITT, individually and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>HAVE A HEART COMPASSION CARE, INC. d/b/a A CANNABIS STOREY<br><br>     Defendant. | NO. 2:20-CV-01154-BJR<br><br>ORDER STAYING PROCEEDINGS |

This matter is before the Court on a Joint Stipulated Motion to Stay Proceedings, which the parties filed on March 15, 2021. Dkt. No. 17. The parties request that the Court stay proceedings in this matter pending the United States Supreme Court's decision in *Duguid v. Facebook*. Defendant also previously filed a Motion to Stay Proceedings on February 25, 2021, pending the decision in *Duguid*. Dkt. No. 15.

Having reviewed the parties' joint stipulated motion, the Court ORDERS as follows:

1. The Joint Stipulated Motion to Stay Proceedings (Dkt. No. 17) is GRANTED.

2. Defendant's previously-filed Motion to Stay Proceedings (Dkt. No. 15) is STRICKEN from the Court's motions calendar as moot.

3. This action is STAYED pending the U.S. Supreme Court's decision in *Duguid v.*

ORDER - 1

*Facebook*.  However, current outstanding subpoenas shall remain issued and the parties may receive documents requested by such subpoenas during the stay of proceedings.  Plaintiff may also send preservation letters during the stay to third-party entities who may have discoverable information.

      4. The parties shall jointly file a motion to lift the stay within two weeks of the U.S. Supreme Court's decision in *Duguid*.  The joint motion to lift the stay shall also present the parties' respective views on whether any adjustments to the case schedule are warranted.

      Dated this 18th day of March, 2021.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2