UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ANNE LEVITT,** individually and on behalf of others similarly situated**,**<br><br>        Plaintiff,<br><br>v.<br><br>**HAVE A HEART COMPASSION CARE INC. d/b/a A CANNABIS STOREY,**<br><br>        Defendant. | Case No.: 2:20-cv-01154-BJR<br><br>**CLASS ACTION**<br><br>Notice of Settlement<br><br>Jury Trial Demanded |

///
///
///
///
///
///
///
///

**PLEASE TAKE NOTICE** that a settlement has been reached in the above-captioned matter. Plaintiff respectfully requests that this Court vacate all pending dates and deadlines, and allow the parties sixty (60) days to file dispositional papers. The parties anticipate prompt resolution of the settlement, and a Request for Dismissal is forthcoming. Plaintiff requests the Court retain jurisdiction over this matter until fully resolved.

**KAZEROUNI LAW GROUP, APC**

Date: September 9, 2021

By: *s/ Ryan L. McBride*
Ryan L. McBride, Esq.
*Attorneys for Plaintiff*