1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE LEVITT, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HAVE A HEART COMPASSION CARE, INC. d/b/a A CANNABIS STOREY<br><br>    Defendant. | NO. 2:20-CV-01154-BJR<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS |

On September 9, 2021, Plaintiff notified the Court that a settlement has been reached in this matter. Dkt. No. 23. Plaintiff requested that the Court vacate all pending dates and deadlines, and allow the parties 60 days to file dispositional papers. After receiving this notice of settlement, the Court entered a minute order vacating the trial date and all pre-trial dates and deadlines. The Court also directed the parties to file a stipulation and proposed order of dismissal by November 9, 2021. Dkt. No. 24. However, the parties failed to comply with this order.

On November 19, 2021, the Court ordered the parties to file a joint status report by December 1, 2021, to inform the Court why the parties did not comply with the Court's prior order and to indicate whether the parties sought additional time to finalize their settlement before this case is dismissed. The parties again failed to comply with this order.

ORDER - 1

Therefore, the Court ORDERS the parties to show cause by January 13, 2022, why this case should not be dismissed for failure to comply with Court orders.  The parties are cautioned that failure to respond to this order to show cause will result in dismissal of this action with prejudice.

Dated December 30, 2021.


Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2