UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNE LEVITT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAVE A HEART COMPASSION CARE, INC. d/b/a A CANNABIS STOREY<br><br>Defendant. | NO. 2:20-CV-01154-BJR<br><br>STIPULATED MOTION TO DISMISS |

Plaintiff Anne Levitt ("Plaintiff") and Defendant Have a Heart Compassion Care ("Defendant") (or jointly as the "Parties") hereby move and request that this Court dismiss Plaintiff's claims against Defendant with prejudice, and the putative class's claims against Defendant without prejudice. The Parties will each bear their own attorneys fees and costs.

DATED this 3rd day of January, 2022.

/s/ Justin P. Walsh  
Justin P. Walsh, WSBA No. 40696

Justin P. Walsh, WSBA No. 40696  
GLEAM LAW, PLLC  
605 1st Avenue, Suite 330  
Seattle, WA 98104  
P: (206) 693-2900  
F: (206) 319-4596  
justin@gleamlaw.com

/s/ Ryan L. McBride  
Ryan L. McBride, WA Bar No. 50751

Ryan L. McBride, Esq. WA Bar No. 50751  
KAZEROUNI LAW GROUP, APC  
245 Fischer Ave., Suite D1  
Costa Mesa, CA 92626  
P: (800) 400-6808  
F: (800) 520-5523  
ryan@kazlg.com

| | |
|---|---|
| /s/ Wright A. Noel <br> Wright A. Noel, WSBA No. 25264 <br><br> /s/ Stacy Goodman <br> Stacy Goodman, WSBA No. 39287 <br><br> Wright A. Noel, WSBA No. 25264 <br> Stacy Goodman, WSBA No. 39287 <br> CARSON & NOEL PLLC <br> 20 Sixth Ave. NE <br> Issaquah, WA 98027 <br> P: (425) 837-4717 <br> F: (425) 837-5396 <br> wright@carsonnoel.com <br> stacy@carsonnoel.com <br><br> Of Attorneys for Defendants Have a Heart Compassion Care, Inc. d/b/a A Cannabis Storey | /s/ Abbas Kazerounian <br> Abbas Kazerounian, WSBA No. 45822 <br><br> Abbas Kazerounian, WSBA No. 45822 <br> KAZEROUNI LAW GROUP, APC <br> 5608 17th Ave. NW, No. 891 <br> Seattle, Washington 98107 <br> T: (800) 778-2065 <br> F: (800) 520-5523 <br> ak@kazlg.com <br><br> Of Attorneys for Plaintiff Anne Levitt |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date noted below, a true and correct copy of the foregoing was delivered and/or transmitted in the manner(s) noted below:

| | | |
|---|---|---|
| Justin P. Walsh, WSBA No. 40696<br>GLEAM LAW, PLLC<br>605 1st Avenue, Suite 330<br>Seattle, WA 98104<br>justin@gleamlaw.com | *Attorney for Plaintiff* | [ ] Via Messenger<br>[X] Via Email<br>[ ] Via Certified Mail<br>[ ] Via U.S. Mail<br>[ ] Via E-Service |

DATED this 3rd day of January, 2022.

/s/ Ryan L. McBride
Ryan L. McBride