UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE LEVITT, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HAVE A HEART COMPASSION CARE, INC. d/b/a A CANNABIS STOREY<br><br>　　　　　　　　Defendant. | NO. 2:20-CV-01154-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

　　　　This matter is before the Court on the parties' stipulated motion to dismiss. Dkt. No. 27. The Court GRANTS the parties' stipulated motion and ORDERS that Plaintiff's claims against Defendant are dismissed with prejudice, and the putative class's claims against Defendant are dismissed without prejudice. The parties will each bear their own attorneys' fees and costs.

　　　　DATED this 3rd day of January, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Barbara J. Rothstein*
　　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER - 1